UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GARY CORNELIUS FAULK,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-523-BO** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion is GRANTED and the matter is REMANDED to the agency for rehearing.

**This Judgment Filed and Entered on February 14, 2013, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

DATE　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, CLERK
February 14, 2013　　　　　　　　　　　　 /s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk