IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-cv-523-BO

| GARY FAULK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $3,542.00 for attorney fees, representing 25% of Plaintiff's accrued back benefits less the previously paid fee, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $3,542.00 from Plaintiff's back benefits and upon the payment of such sum, Plaintiff's counsel shall reimburse the EAJA fee and this case is dismissed with prejudice.

This __4__ day of __August__, 2014.

_Terrence Boyle_
United States District Judge